# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2020

159063(80)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KEITH ERIC WOOD,
      Defendant-Appellant.

_____/

Bridget M. McCormack,
*Chief Justice*

David F. Viviano,
*Chief Justice Pro Tem*

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
*Justices*

SC: 159063
COA: 342424
Mecosta CC: 17-024073-AR

      On order of the Chief Justice, the motion of defendant-appellant to exceed the page limitation for his reply brief is GRANTED. The 20-page reply submitted on January 16, 2020, is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2020



Clerk